# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | **CRIMINAL NO. 1:18-CR-215** |
| : | |
| v. : | **(Chief Judge Conner)** |
| : | |
| **DEVIN BULLOCK,** : | |
| : | |
| **Defendant** : | |

## ORDER

AND NOW, this 13th day of June, 2019, upon consideration of the notice (Doc. 78) of intent to withdraw certain motions filed by defendant Devin Bullock ("Bullock"), and in light of the government's motion (Doc. 83) to dismiss Counts 2 and 3 of the indictment (Doc. 1) without prejudice prior to trial, see FED. R. CRIM. P. 48(a), and it appearing that the government's motion to dismiss renders moot Bullock's motions (Docs. 27, 29) to suppress evidence related to a March 2017 incident, Bullock's motion (Doc. 31) to strike language in the indictment, and Bullock's motion (Doc. 33) for severance of Count 1 from Counts 2 and 3, and the court further noting that—due to the government's motion to dismiss Counts 2 and 3—Bullock's motion (Doc. 35) for bifurcation regarding the remaining single count charging violation of 18 U.S.C. § 922(g)(1) is meritless, see United States v. Higdon, 638 F.3d 233, 244 & n.8 (3d Cir. 2011) (citing United States v. Jacobs, 44 F.3d 1219, 1223 (3d Cir. 1995)), it is hereby ORDERED that:

1. The government's motion (Doc. 83) to dismiss Counts 2 and 3 of the indictment (Doc. 1) is GRANTED. Counts 2 and 3 of the indictment are DISMISSED without prejudice.

2. Bullock's motions (Docs. 27, 29) to suppress evidence, motion (Doc. 31) to strike language from the indictment, and motion (Doc. 33) for severance are DISMISSED as moot.

3. Bullock's motion (Doc. 35) for bifurcation of the remaining single charge alleging violation of 18 U.S.C. § 922(g)(1) is DENIED.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania