**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:18-CR-215** |
| | : | |
| **v.** | : | **(Chief Judge Conner)** |
| | : | |
| **DEVIN BULLOCK,** | : | |
| | : | |
| **Defendant** | : | |

## ORDER

AND NOW, this 28th day of June, 2019, upon consideration of defendant's

motion (Doc. 25) to suppress evidence and motion (Doc. 37) to dismiss Count 1 of

the indictment, and for the reasons stated in the accompanying memorandum, it is

hereby ORDERED that the motions (Docs. 25, 37) are DENIED.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania